1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5
        450 Golden Gate Ave.
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-424 MMC |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE STATUS HEARING |
| v. | AND |
| RYAN HALA TAUFAKALAVA, | [~~PROPOSED~~] ORDER |
| Defendant. | |

The parties jointly request that the Court continue the status hearing in the above-captioned matter, currently set for Wednesday, March 28, 2018 at 2:15 p.m., to Wednesday, May 23, 2018 at 2:15 p.m. As the Court is aware, the defendant faces a one-allegation Form 12 in this case. The allegations of that Form 12 arise out of conduct that is the subject of a pending felony case in San Mateo County Superior Court. The defendant is out of custody on bond in both the federal and state cases. The court in the state case set the defendant's preliminary hearing for May 16, 2018. The parties believe it advisable to allow the state preliminary hearing to proceed before appearing further in this case, as the outcome of that proceeding may impact the proceedings in the federal case. For these reasons, the

parties ask that the Court continue the upcoming status hearing to a date after the preliminary hearing. Probation has advised that it is available on May 23, 2018 and does not object to the continuance.

SO STIPULATED.

DATED: March 23, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

　　　　　／s／　　　　　　　　　　
FRANK J. RIEBLI
Assistant United States Attorney


　／s/ Frank Riebli w/ permission　
JOSH COHEN
Attorney for Defendant

## [~~PROPOSED~~] ORDER

For the foregoing reasons, the Court continues the status conference regarding probation violation from March 28, 2018 to May 23, 2018, at 2:15 p.m.

IT IS SO ORDERED.

Dated: March 23, 2018

_Maxine M. Chesney_
HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING
CR 13-424 MMC